UNITED STATES DISTRICT COURT

EASTERN       District of       CALIFORNIA

| | |
|---|---|
| ZOCHIL VALENCIA,<br>　　　　　Plaintiff<br><br>　　　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE　　1:12-CV-00863-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____

ENTER this　29th　day of　　　May　　,　2012　.


　　　　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer